UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDERIC K. DIXON,<br><br>        Plaintiff,<br><br>v.<br><br>BRIAN E. WILLIAMS SR., et al.,<br><br>        Defendants. | 2:09-CV-00066-PMP-PAL<br><br><br>ORDER |

Having read and considered Petitioner Frederic K. Dixon's Motion for Release Pending Review of Decision Ordering Release (Doc. #64), Respondents' Response (Doc. #73) thereto, and the Notice of Election to Retry Petitioner (Doc. #72),

IT IS ORDERED that Petitioner Frederic K. Dixon's Motion for Release Pending Review of Decision Ordering Release (Doc. #64) is hereby DENIED without prejudice to raise the issue of release in the state court proceedings.

DATED: August 1, 2014

                                                         PHILIP M. PRO<br>
                                                         United States District Judge