UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FREDERIC K. DIXON, a.k.a.
FREDRIC K. DIXON,

    Petitioner,

vs.

BRIAN E. WILLIAMS, SR. *et al.*,

    Respondents.

Case No. 2:09-cv-00066-PMP-PAL

**ORDER**

    This closed action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, Frederic K. Dixon (a.k.a. Fredric K. Dixon[1]), a Nevada state prisoner. By order filed July 15, 2014, this Court conditionally granted the petition for writ of habeas corpus as to petitioner's second-degree murder conviction. (ECF No. 62). The order specified that "petitioner shall be released from custody as to that conviction within sixty (60) days unless the State files in this matter a written notice of election to retry petitioner within the sixty day period and thereafter initiates retrial within one-hundred-twenty (120) days following the filing of the notice of election to retry petitioner, subject to request for reasonable modification of the time periods by the parties." (ECF

---

[1] The Court notes that petitioner's name appears in the Nevada Department of Corrections' records as Fredric K. Dixon, inmate number 84849.

No. 62, at p. 3). On July 31, 2014, respondents filed a notice indicating the State's intent to retry petitioner. (ECF No. 72).

Respondents have filed a motion for an extension of time up to and including July 15, 2015, to initiate the retrial of petitioner. (ECF No. 76). Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to initiate retrial of petitioner (ECF No. 76) is **GRANTED.** The State shall initiate retrial of petitioner on or before **July 15, 2015.**

Dated this _26th_ day of November, 2014.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE