# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC K. DIXON, a.k.a. FREDRIC K. DIXON,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, SR. *et al.*,<br><br>    Respondents. | Case No. 2:09-cv-00066-APG-PAL<br><br>**ORDER** |

This closed action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by Frederic K. Dixon (a.k.a. Fredric K. Dixon[1]), a Nevada state prisoner. On July 15, 2014, this Court conditionally granted the petition for writ of habeas corpus as to petitioner's second-degree murder conviction. (Dkt. #62). The order specified that "petitioner shall be released from custody as to that conviction within sixty (60) days unless the State files in this matter a written notice of election to retry petitioner within the sixty day period and thereafter initiates retrial within one-hundred-twenty (120) days following the filing of the notice of election to retry petitioner, subject to request for reasonable modification of the time periods by the parties." (Dkt. #62, at p.

---

[1] The Court notes that petitioner's name appears in the Nevada Department of Corrections' records as Fredric K. Dixon, inmate number 84849.

3).  On July 31, 2014, respondents filed a notice indicating the State's intent to retry petitioner. (Dkt. #72).

Respondents have filed a motion for a second extension of time, up to and including February 1, 2016, to initiate the retrial of petitioner.  (Dkt. #78).  Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to initiate retrial of petitioner (Dkt. #78) is **GRANTED.**  The State shall initiate retrial of petitioner on or before **February 1, 2016.**

Dated this 15th day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE