1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

10   FREDERIC K. DIXON, a.k.a.
      FREDRIC K. DIXON,
11
              Petitioner,
12
      vs.
13
      BRIAN E. WILLIAMS, SR. *et al.*,
14
              Respondents.
15

Case No. 2:09-cv-00066-APG-PAL

**ORDER**

16

17          This closed action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §

18   2254, Frederic K. Dixon (a.k.a. Fredric K. Dixon[1]), a Nevada state prisoner.  On July 15, 2014, this

19   Court conditionally granted the petition for writ of habeas corpus as to petitioner's second-degree

20   murder conviction.  (Dkt. #62).  The order specified that "petitioner shall be released from custody

21   as to that conviction within sixty (60) days unless the State files in this matter a written notice of

22   election to retry petitioner within the sixty day period and thereafter initiates retrial within one-

23   hundred-twenty (120) days following the filing of the notice of election to retry petitioner, subject

24   to request for reasonable modification of the time periods by the parties."  (Dkt. #62, at p. 3).  On

25
26
27

28          [1] The Court notes that petitioner's name appears in the Nevada Department of Corrections'
      records as Fredric K. Dixon, inmate number 84849.

1   July 31, 2014, respondents filed a notice indicating the State's intent to retry petitioner.  (Dkt. #72).

2

3        Respondents have filed a motion for a third extension of time, up to and including July 11,

4   2016, to initiate the retrial of petitioner.  (Dkt. #82).  Having reviewed the motion and good cause

5   appearing, respondents' motion is granted.

6        **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to

7   initiate retrial of petitioner (dkt. #82) is **GRANTED.**  The State shall initiate retrial of petitioner on

8   or before **July 11, 2016.**

9        Dated: January 26, 2016.

10

11

12   _____
     ANDREW P. GORDON
13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-